UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| SAUL MORENO | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 7:18-cv-400 |
| v. | § | |
| | § | |
| PALACIOS BUILDERS, INC. | § | JURY DEMANDED |
| d/b/a LAS CASITAS METAL BUILDINGS, | § | |
| ARNOLD PALACIOS and | § | |
| JOSE LUIS PALACIOS | § | |
| Defendants | § | |

## DISCLOSURE OF INTERESTED PARTIES

COMES NOW Plaintiff SAUL MORENO and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Saul Moreno
Roma, Starr County, Texas
Plaintiff

Leichter Law Firm
1602 East 7th Street
Austin, Texas  78702
Counsel for Plaintiff

                        Respectfully submitted:

                        By: */s/ David G. Langenfeld*
                            **David G. Langenfeld**
                            Attorney-in-Charge
                            State Bar No. 11911325
                            Fed. ID No. 15878
                            LEICHTER LAW FIRM
                            1602 East 7th Street
                            Austin, TX  78702
                            Tel.:  (512) 495-9995
                            Fax:  (512) 482-0164
                            Email:  david@leichterlaw.com

                       **ATTORNEYS FOR PLAINTIFF**